THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DESIREE REASON,** | : |
| **Plaintiff,** | : |
| | : **CIVIL ACTION** |
| v. | : |
| | : **NO. 18-0618** |
| **ANDREW S SAUL,** | : |
| **Commissioner of the Social Security Administration,** | : |
| **Defendant.** | : |

## ORDER

AND NOW, this \_\_16th\_\_ day of September, 2019, upon careful consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. 16), Defendant's Response thereto (Doc. 19), the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (Doc. 21), Plaintiff's Objections thereto (Doc. 22), and Defendant's Response thereto (Doc. 24), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. Plaintiff's Request for Review is **DENIED**; and
3. Judgment is entered affirming the decision of the Commissioner of Social Security.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark the above-captioned matter as **CLOSED** for statistical purposes.

BY THE COURT:

_____
Hon. Petrese B. Tucker, U.S.D.J..